# THOMAS P. HUGHES
### ATTORNEY AT LAW
23 OXFORD ROAD
NEW HARTFORD, NEW YORK 13413

(315) 223-3043
FAX (315) 735-7924

December 27, 2010

Clerk, U.S. Bankruptcy Court
230 U.S. Courthouse
10 Broad Street
Utica, New York 13501

      Re:    Rousseau, Peter R. & Buffy A.
             Case No.: 08-62606

Dear Sir or Madam:

      Pursuant to FRBP 3010 I enclose a check payable to the U.S. Bankruptcy Court in connection with the above referenced Chapter 7 proceeding, together with a Statement of Small Dividends.

                                      Very truly yours,

                                      Thomas P. Hughes

TPH: le

Enclosures

[Handwritten: # 611000103]

[Stamps: OFFICE OF THE BANKRUPTCY CLERK UTICA, NY / FILED DEC 28 2010 / CLERK OF THE BANKRUPTCY COURT N.D. OF NY UTICA / RECEIVED 2010 DEC 28 PM 2:22]

[Handwritten received stamp: Rec'd 433 12/28/10]

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
Utica DIVISION

In re:

ROUSSEAU, PETER R.
ROUSSEAU, BUFFY A.

Debtors.

Chapter 7

Case No. 08-62606 DD

**STATEMENT OF
SMALL DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 15 | GE Money Bank dba JCPenney Credit Services c/o Recovery Management Systems Corp., 25 SE 2nd Ave., Suite 1120 Miami, FL 33131 | $212.19 | $4.33 |

**TOTAL SMALL DIVIDENDS:**                                                                    $        4.33

Dated: December 16, 2010

THOMAS PAUL HUGHES
Trustee
23 Oxford Road
New Hartford, NY 13413
(315) 223-3043

RECEIVED 2010 DEC 28 PM 2:22 CLERK OF THE BANKRUPTCY COURT N.D. OF NY UTICA